# Hitchcock & Cummings LLP

120 West 45th Street, New York, New York 10036
Telephone (212) 688 - 3025   Facsimile (212) 688 - 3040

Christopher B. Hitchcock
Telephone Ext.: 109
Email: chitchcock@hitchcockcummings.com

December 30, 2011

<u>Via ECF</u>

Adam Jon Fishbein, Esq.
483 Chestnut Street
Cederhurst, New York 11516

> Re: *Guzman v. Allied Interstate, Inc.*
> Case No.: 11-CV-4086;
> *Joseph Glick v. Allied Interstate, Inc.*
> Case No. 11-CV-4087

Dear Mr. Fishbein:

We represent the defendant, Allied Interstate LLC, f/k/a, Allied Interstate, Inc. ("Allied"), in the above-referenced cases.

In accordance with Judge Gershon's directive on December 20, 2011, we advise you concerning the phrase "further actions" contained in Allied's letter to Minerva Guzman ("Guzman") concerning her debt to Capital One Services, Inc. ("Capital One").

The phrase "further actions" in Allied's letters to Guzman and Glick refer to the same collection activities typically taken by a debt collector such as Allied.  Depending on the circumstances, Allied was authorized by Capital One to take further actions to collect the debt, such as further written correspondence, placing telephone calls, and making settlement offers to resolve the outstanding debt.

Finally, in response to your request, one letter was sent to Guzman.

Respectfully Submitted,

*S/ Christopher B. Hitchcock /*

Christopher B. Hitchcock

CBH

Adam Jon Fishbein
December 22, 2011
Page 2

cc:	Honorable Nina Gershon (Via ECF)